UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2007 MAR 20  A 8: 57

CLERK *L. LaVictoire*
SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No.: CR203-4 |
| | ) |
| GABRIEL MACIAS, | ) |
| a/k/a Gabriel Sandobal | |

### ORDER

The Court having determined, pursuant to Title 28 United States Code §1827, that an interpreter is required and should be designated in this case:

**IT IS ORDERED** that **Rosa Dobbs**, a non-certified interpreter or otherwise competent interpreter, is designated to serve as interpreter in this case. Compensation shall be paid by the government at the rate of $171.00 per day, with a minimum of one half day's compensation of $92.00 to be paid for each appearance. Any claim for overtime shall be paid at the rate of $27.00 per hour. Claim for compensation shall be made on Form A.O. 322, furnished by the Clerk of Court.

**SO ORDERED** this 20th day of March, 2007.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)